# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 East 42nd Street, Suite 4510 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

February 6, 2018

**VIA ECF**

Hon. Valerie E. Caproni
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      **Re:**    **Candia v. Arturo's Park Inc., et al.;**
            Case No. 17-cv-4241 (VEC)

Dear Judge Caproni:

      This office represents Plaintiff Antolin Nicolas Candia ("Plaintiff") in the above-referenced matter. We write, together with Defendants' counsel, to address the matters raised in the Court's January 24, 2018 order (Dkt. No. 31).

      The parties have agreed to enter into a revised settlement agreement which provides for a 3 month payout period, and reduces the amount of the settlement allocated to attorneys' fees to $10,000. The agreement is annexed as Exhibit A. Plaintiff has signed the agreement. Defendants' attorney has represented that the Defendant is on vacation, but has approved the revised agreement and will execute the same upon his return to New York next week.

      We respectfully request that the Court approve the settlement and adjourn the February 9, 2018 conference. Plaintiff also requests that the Court not dismiss the action until Defendants execute the revised agreement, and submit the same to the Court.

Hon. Valerie Caproni
February 6, 2018

    Thank you for your consideration in this matter.

                                             Respectfully Submitted,

                                             /s/ Joshua S. Androphy
                                           Joshua S. Androphy, Esq.
                                           Michael Faillace & Associates, P.C.
                                           *Attorneys for Plaintiff*

cc:    Joseph Labuda, Esq. (via ECF)
        Matthew Brown, Esq. (via ECF)
        *Attorney for Defendants*